**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CV-838 |
| Plaintiff, | |
| v. | Judge J. Philip Calabrese |
| SHERRI J. TENPENNY, | Magistrate Judge Jennifer Dowdell Armstrong |
| Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

Attorneys David Sporar and Terry W. Vincent, counsel for Defendant, Sherri J. Tenpenny ("Dr. Tenpenny"), give notice that their business address has changed (with respect to the floor on which they are located in their office building) and, therefore, request that all correspondence, notices, motions, pleadings, documents, orders, and other papers to be served be sent to them at their new address set forth as follows:

David Sporar
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, 30th Floor
Cleveland, Ohio 44114
T:  (216) 623-0150
F:  (216) 623-0134
dsporar@ralaw.com

Terry W. Vincent
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, 30th Floor
Cleveland, Ohio 44114
T:  (216) 623-0150
F:  (216) 623-0134
tvincent@ralaw.com

Respectfully submitted,

*s/ David Sporar*
David Sporar (0086640)
Terry W. Vincent (0037945)
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, 30th Floor
Cleveland, OH 44114

(216) 623-0150 – Phone
(216) 623-0134 – Facsimile
dsporar@ralaw.com
tvincent@ralaw.com

*Attorneys for Defendant, Sherri J. Tenpenny*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of March 2026, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David Sporar*
David Sporar (0086640)
Terry W. Vincent (0037945)

*Attorneys for Defendant, Sherri J. Tenpenny*

2