**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-cv-838 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| SHERRI TENPENNY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter.  Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  March 31, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio