IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00838 |
| | ) | |
| v. | ) | Judge J. Philip Calabrese |
| | ) | |
| SHERRI J. TENPENNY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF UNITED STATES' MOTION TO CORRECT JUDGMENT**

On March 31, 2026, the Court granted the United States' motion for summary judgment and held that the plaintiff United States is entitled to a judgment in its favor reducing Defendant's liabilities to judgment for tax years 2001, 2012, and 2013.  (Doc. 28 PageID 264.) However, the judgment entry issued the same day dismissed the case.  (Doc. 29.)  Pursuant to Federal Rule of Civil Procedure 59(e) and /or 60(a), the United States respectfully requests that the judgment be amended to enter judgment in favor of the United States, as requested in the United States' motion for summary judgment (Doc. 22 PageID 212):  An amended judgment is entered in favor of the plaintiff United States of America and the defendant Sherri J. Tenpenny in the amount of $698,982.30, plus statutory additions from and after May 2, 2025, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), for her 2001, 2012, and 2013 income tax years.

Respectfully Submitted,

UNITED STATES OF AMERICA,
Plaintiff

*/s/John C. Hall*
JOHN C. HALL
Ohio Bar No. 103151
Trial Attorney, Tax Division

-1-

U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044-0055
202-307-6648 (v) / 202-514-5238 (f)
John.Hall@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 21, 2026, a copy of foregoing document was filed electronically

and will be served on all parties by operation of the Court's CM/ECF system.  This case has been

assigned to the standard track, and this filing is 2 pages.

*/s/John C. Hall*
Trial Attorney, U.S. DOJ – Tax Division

-2-