**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-cv-838 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer D. Armstrong |
| SHERRI TENPENNY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AMENDED JUDGMENT**

Based on the Court's summary judgment ruling, the Court enters an amended judgment in favor of the plaintiff United States of America against Defendant Sherri J. Tenpenny in the amount of $698,982.30, plus statutory additions from and after May 2, 2025, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), for her 2001, 2012, and 2013 income tax years.

**SO ORDERED.**

Dated:  April 21, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio